Joseph H. Harrington
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MANUEL FARIAS-CARDENAS,<br>JOSHUA ISAAC STINE (a/k/a "Heat"),<br>PATRICK ELLIOTT PEARSON,<br>CRISTIAN MISAEL GOMEZ (a/k/a "Flako"),<br>LUIS MANUEL RAMIREZ (a/k/a "Sin"),<br>ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"),<br>NOE ANGEL GONZALEZ-MARTINEZ,<br>MARIANO RUIZ-BALDERAS (a/k/a "Felix"),<br>JESSE LEON MANION, JR.,<br>HEATHER ELAINE KEATING,<br>LEONEL CABALLERO,<br>FORREST WALKER HERZOG,<br>AMY JO DYGERT,<br>RANDALL CURTIS GROSS,<br>MICHAEL EDWARD MCLAUGHLIN, and<br>JESUS VALENICA-MORFIN,<br><br>Defendants. | **2:19-CR-111-WFN**<br><br>INDICTMENT<br><br>21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C) Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Mixture or Substance Containing a Detectable Amount of Heroin<br><br>Forfeiture Allegation<br>21 U.S.C. § 853 |

INDICTMENT - 1

The Grand Jury charges:

Beginning on a date unknown but at least by on or about October 2018, and continuing until on or about July 10, 2019, in the Eastern District of Washington and elsewhere, the Defendants, LUIS MANUEL FARIAS-CARDENAS, JOSHUA ISAAC STINE (a/k/a "Heat"), PATRICK ELLIOTT PEARSON, CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako"), LUIS MANUEL RAMIREZ (a/k/a "Sin"), ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"), NOE ANGEL GONZALEZ-MARTINEZ, MARIANO RUIZ-BALDERAS (a/k/a "Felix"), JESSE LEON MANION, JR., HEATHER ELAINE KEATING, LEONEL CABALLERO, FORREST WALKER HERZOG, AMY JO DYGERT, RANDALL CURTIS GROSS, MICAEL EDWARD MCLAUGHLIN, and JESUS VALENCIA-MORFIN, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offense against the United States: distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and a mixure of substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 21 U.S.C. § 846.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846 as set forth in this Indictment, the Defendants, LUIS MANUEL FARIAS-CARDENAS, JOSHUA ISAAC STINE (a/k/a "Heat"), PATRICK ELLIOTT PEARSON, CRISTIAN MISAEL GOMEZ (a/k/a/ "Flako"), LUIS MANUEL RAMIREZ (a/k/a "Sin"), ZACARIAS MARTINEZ-GARZA (a/k/a "Listo"), NOE ANGEL GONZALEZ-MARTINEZ, MARIANO RUIZ-BALDERAS

(a/k/a "Felix"), JESSE LEON MANION, JR., HEATHER ELAINE KEATING, LEONEL CABALLERO, FORREST WALKER HERZOG, AMY JO DYGERT, RANDALL CURTIS GROSS, MICAEL EDWARD MCLAUGHLIN, and JESUS VALENCIA-MORFIN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any of the property described herein, as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Dated: July 10, 2019.

A TRUE BILL

*Joseph H. Harrington* (signature)
Joseph H. Harrington
United States Attorney

*Caitlin Baunsgard* (signature)
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 3